```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        2010 JUN 29  PM 4:49

        JUN 29 2010  JS

             AT SEATTLE
         CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
      BY                       DEPUTY
```

U.S. BANKRUPTCY COURT
WD OF WA AT SEATTLE

Print Form

**Instructions for use:**

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court..

No Filing Fee / No ICP / No Iss.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

AMANUEL REDDA

    Plaintiff(s)

vs.

DIAMOND PARKING, INC.

    Defendant(s),

# CV10-1077 JLR
## COMPLAINT

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

```
AMANUEL REDDA
8438 SOUTH 112TH STREET.
SEATTLE, WA. 98178
PH # (206) 898-8901
```

Defendant's Name, Address and Phone Number

```
DIAMOND PARKING, INC. UNITED PARKING
605 FIRST AVE., SUITE # 600
SEATTLE, WA. 98104-2224
PH # (206) 284-3100
```

Defendant's Name, Address and Phone Number

10-CV-01077-CMP

| | |
|---|---|
| 1 | Defendant's Name, Address and Phone Number |

```
2010 JUN 29  PM 4:50

U.S. BANKRUPTCY COURT
    ... SEATTLE
```

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

## Jurisdiction
(Reason your case is being filed in federal court)

CIVIL RIGHTS: RACIAL DISCRIMINATION, AGE DISCRIMINATION AND DISCRIMINATION AGAINST ETHNIC BACKGROUND. RETALIATION

## Statement of Claim:
(State here as briefly as possible the facts of your case.)

I, AMANUEL REDDA BEGAN WORKING FOR DIAMOND PARKING, INC. ON FEBRUARY 10, 1984 I BEGAN MY WORK AS A "ROUTE CHECKER". ALTHOUGH MY OVERAL CONTRIBUTION TO DIAMOND PARKING, INC. AND IT'S AFFILIATED PARKING CO. WAS SECOND TO NONE, I WAS CONDEMED TO REMAIN AS A ROUTE CHECKER UNTIL LATE JUNE 2000 WHEN I WAS PROMOTED TO ASSISTANT NIGHT SUPERVISOR. WITHIN MONTHS I WAS A FULL-TIME NIGHT, WEEKEND'S AND HOLIDAY MANAGER. I WAS LAID OFF ON OCTOBER 11, 2008. ALTHOUGH MY TITLE AND DUTY REMAINED THE SAME AS A MANAGER, I WAS WORKING ONLY ABOUT 20 (TWENTY) HOUR'S A WEEK. IN 2008 ACCORDING TO THE CITY MANAGER, MR. RICK SMITH I WAS LAID OFF BECAUSE OF "ECONOMICAL DECISIONS" AND THE REASON WHY I WAS SELECTED TO BE LAID OFF ACCORDING MR. RICK SMITH WAS, I WAS THE ONLY MANAGER WHO WAS PAID HOURLY INSTEAD SALARY LIKE THE REST MANAGERS. ALTHOUGH I DON'T UNDERSTAND THE STATUTE OF LIMITA-TION ON RETALIATION, I AM SURE THAT CERTAIN →

## Statement of Claim
(continued):

PERCENTAGE OF THEIR DECISIONS WAS RETALIATORY IN NATURE, DUE TO THE FACT THAT I WAS NOT AFRAID TO CALL IT "AS IS", ASK FOR CLARIFICATIONS OR CORRECTIONS WHEN I SEE UNETHICAL CONDUCT OF BUSINESS BEHAVIORS OR MISTREAT EMPLOYEES. THEREFORE I BELIEVE THE SO CALLED "ECONOMICAL DECISION" WAS A COVER-UP FOR A PREMEDITATED DECISION THAT WAS MADE TO GET-RID OF ME

WHY I THINK MY BEEN LAID OFF IS DISCRIMINATORY IN NATURE  (1) THERE WAS A NEW MANAGER, WHO WAS EARNING MORE MONEY. SHE WAS HIRED FEW MONTH'S PRIOR TO OCTOBER 11, 2008 (THE DAY I WAS LAID OFF) SHE WAS CAUCASIAN AND ALOT YOUNGER, AND I WAS ONE OF THE PEOPLE WHO TRAINED HER. THIS LADY WAS NOT LAID OFF.

(2) THE PERSON WHO REPLACED US WAS ABOUT HALF OF MY AGE, HE WAS ALSO CAUCASIAN AND FROM THE BEGINING HE WAS PAID MORE THAN WHAT I WAS MAKING AFTE ALMOST TWENT FOUR YEARS.

(3) HISTORICALLY THE TIME I WAS LAID OFF IS WHEN DIAMOND PARKING IS THE BUSIEST DUE TO MULTIPLE EVENTS, CHRISTMAS AND NEW YEAR IRONICALLY I WAS CALLED BACK TO WORK DURING THE SLOWEST SEASON OF THE YEAR IN THE PARKING BUSINESS IN SEATTLE, WA. ONLY BECAUSE I FILLED WITH THE EEOC. I WAS ALSO ASKED TO WORK UNDER THE NEW PERSON WHO RELPACED US.

(4) IN MY EIGHT YEARS AS A MANAGER ALL MANAGER WHO HAVE SIMILAR DUTIES WERE PAID MORE AND ALL WERE CAUCASIANS.

IT THEN BECOME'S APPARENT TO ME THAT I WAS NOT LAID OFF BECAUSE OF BAD ECONOMY

**Relief:**
(State briefly exactly what you want the court to do for you)

BECAUSE I HAVE UNNECESSARILY LOST PART OF MY LIVILHOOD DUE TO WHAT I BELIEVE IS A RACIAL, AGE AND AGAINST ETHNIC BACKGROUND DISCRIMINATION AND AS WELL AS RETALIATION. AS A RSULT IT CAUSED EMOTIONAL PROBLEMS I WAS CRYING LIKE A BOY WHEN I HEARD THAT I WAS REPLACED BY A YOUNGER CAUCASIAN MAN. SUDDENLY AFTER ALMOST 24 (TWENTY FOUR) YEAR'S OF HARD WORK AND POSITIVE REVIEWS I WAS NO ONE.
JUST BECAUS I AM 56 YEARS OLD WITH BACK SURGERY AND PROBLEM WITH MY LEG DOES NOT MEAN I AM OF NO GOOD.
THE EMOTIONAL PROBLEM WAS WORST BECAUSE OF THE TIME OF THE YEAR THEY DECIDED TO LAID ME OFF (AROUND CHRISTMAS 2008 AND NEW YEAR 2009
I REQUEST THE COURT TO DEMAND DIAMOND PARKING, INC   TO PAY
$400,000⁰⁰ FOUR HUNDRED THOUSAND US. DOLLARS IN RESTITUTION.

**Jury Demand:**
(Optional)

JUNE 29, 2010
Date

Signature of Plaintiff

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Amanuel Redda<br>8438 S. 112th Street<br>Seattle, WA 98178 | **From:** Seattle Field Office<br>909 First Avenue<br>Suite 400<br>Seattle, WA 98104 |

[ ]    On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 551-2009-00767 | William S. Benedict,<br>Investigator | (206) 220-6918 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred** more than 2 years (3 years) **before you file suit may not be collectible.**

On behalf of the Commission

*Roderick W. Ustanel for ALC*

A. Luis Lucero, Jr.,
Director

**MAR 30 2010**

Enclosures(s)     (Date Mailed)

cc:    **DIAMOND PARKING**
c/o Kathryn S. Rosen, Attorney
Davis Wright Termaine, LLP
1201 Third Avenue
Suite 200
Seattle, WA 98101-3045